AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

---

**OFFENSE CHARGED**

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 2: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(A)
Count 3: 18 U.S.C. section 922(o)
Count 5: 21 U.S.C. sections 841(a)(1) and (b)(1)(A)
Count 6: 21 U.S.C. sections 841(a)(1) and (b)(1)(B)
Count 9: 18 U.S.C. section 924(c)

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See attached

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ Oscar Vladimir Escalante

**DISTRICT COURT NUMBER**

CR16-00382

**HSG**

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE
   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
   } MAGISTRATE CASE NO.
   4-16-71061 MAG

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Frank Riebli

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
   ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer  ☐ Yes   If "Yes"
been filed?    ☐ No    give date filed _____

DATE OF ARREST   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

## PENALTY SHEET

COUNT ONE:   21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT TWO:   21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT THREE:   18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun

Maximum 10 years in prison
Maximum 3 years of supervised release
$250,000 fine
$100 special assessment

COUNT FIVE:   21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Distribution and Possession With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT SIX:   21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Manufacture, Distribution and Possession With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT NINE:   18 U.S.C. § 924(c) – Carrying a Firearm During and In Relation To, or Possessing a Firearm In Furtherance of a Drug Trafficking Crime

Minimum 5 years in prison, consecutive

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: Minimum 5 years, to a maximum of 40 years in prison
4 years to life of supervised release following incarceration
$5,000,000 fine
$100 special assessment
Criminal forfeiture; denial of federal benefits

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION   FILED

### DEFENDANT - U.S

SEP – 8 2016

▶ Melina Escalante

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR16-00382   HSG

### DEFENDANT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
4-16-71060 MAG

Name and Office of Person
Furnishing Information on this form     Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Frank Riebli

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction     ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     If "Yes"
been filed?  ☐ No      give date filed

DATE OF     Month/Day/Year
ARREST ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED     Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

*SEALED BY COURT ORDER*

PENALTY:   Minimum 5 years, to a maximum of 40 years in prison
4 years of supervised release following incarceration
$5,000,000 fine
$100 special assessment
Criminal forfeiture; denial of federal benefits

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

*FILED*
*SEP - 8 2016*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

─── DEFENDANT - U.S ───

▶ Claudia Munoz

DISTRICT COURT NUMBER

CR16-00382 **HSG**

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 4-16-71062 MAG

Name and Office of Person
Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Frank Riebli

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes   } If "Yes" give date filed _____
been filed?  ☐ No

DATE OF ARREST ▶   Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                   ☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:  Minimum 5 years, to a maximum of 40 years in prison
4 years to life of supervised release following incarceration
$5,000,000 fine
$100 special assessment
Criminal forfeiture; denial of federal benefits

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:      } SHOW DOCKET NO.
   ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under      } 4-16-71098 MAG

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form      Brian J. Stretch
                          ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)      Frank Riebli

─── 

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP 8 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── **DEFENDANT - U.S** ───

▶ Oswaldo Anthony Escalante, a/k/a "Ant"

DISTRICT COURT NUMBER

CR16-00382      **HSG**

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction          ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed

DATE OF                Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- **OFFENSE CHARGED** ----

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 2: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(A)
Count 3: 21 U.S.C. section 922(o)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attached

---- **PROCEEDING** ----

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
4-16-71046 MAG

Name and Office of Person Furnishing Information on this form        Brian J. Stretch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)        Frank Riebli

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP - 8 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- **DEFENDANT - U.S** ----

▶ Joel Salcedo

**DISTRICT COURT NUMBER**

CR16-00382   **HSG**

---- **DEFENDANT** ----

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction          ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution
_____

Has detainer  ☐ Yes      If "Yes"
been filed?   ☐ No        give date filed  _____

DATE OF ARREST ▶       Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- **ADDITIONAL INFORMATION OR COMMENTS** ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT        Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____        Before Judge: _____

Comments:

## PENALTY SHEET

COUNT ONE:       21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT TWO:       21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT THREE:     18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun

Maximum 10 years in prison
Maximum 3 years of supervised release
$250,000 fine
$100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 2: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(A)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attached

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

4-16-71049 MAG

Name and Office of Person Furnishing Information on this form    Brian J. Stretch

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Frank Riebli

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── **DEFENDANT - U.S** ───

David Vigil, a/k/a "Chep," a/k/a "Carlos"

DISTRICT COURT NUMBER

CR16-00382 HSG

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Eastern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   ☐ Federal ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET

COUNT ONE:        21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT TWO:        21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 2: 21 U.S.C. sections 841(a)(1) and (b)(1)(A)
Count 3: 18 U.S.C. section 922(o)
Count 5: 21 U.S.C. section 841(a)(1) and (b)(1)(A)
Count 13: 18 U.S.C. section 924(c)

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   See attached

██████████████████

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

**SEP - 8 2016**

─ DEFENDANT - U.S ─

Michael Anthony Vicochea, a/k/a "Mikey," a/k/a "Money Mike"

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR16-00382   **HSG**

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  } MAGISTRATE CASE NO.
  4-16-71058 MAG

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Frank Riebli

─── DEFENDANT ───

IS **NOT** IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
     summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction
  } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution
  _____

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
                        filed _____

DATE OF ▶   Month/Day/Year
ARREST      _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY      _____

☐ This report amends AO 257 previously submitted

─────── ADDITIONAL INFORMATION OR COMMENTS ───────

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

Comments:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

## PENALTY SHEET

COUNT ONE:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT TWO:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT THREE:    18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun

Maximum 10 years in prison
Maximum 3 years of supervised release
$250,000 fine
$100 special assessment

COUNT FIVE:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Distribution and Possession With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT THIRTEEN: 18 U.S.C. § 924(c) – Carrying a Firearm During and In Relation To, or
Possessing a Firearm In Furtherance of a Drug Trafficking Crime

Minimum 5 years in prison, consecutive

AO 257 (Rev. 6/78)

AMENDED

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

FILED

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

| OFFENSE CHARGED | |
|---|---|
| Count 2: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(A)<br>Count 5: 21 U.S.C. sections 841(a)(1) and (b)(1)(A)<br>Count 10: 18 U.S.C. section 924(c)<br>Counts 16-19: 21 U.S.C. sections 841(a)(1) and (b)(1)(C)<br><br>PENALTY:   See attached | ☐ Petty<br>☐ Minor<br>☐ Misde-<br>  meanor<br>☒ Felony |

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SEP 12 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

— DEFENDANT - U.S —

▶ Christian Victor Vanleer, a/k/a "Buggy," a/k/a "Buggy B"

DISTRICT COURT NUMBER

CR-16-00382 HSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

4-16-71053 MAG

Name and Office of Person
Furnishing Information on this form        Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        Frank Riebli

### DEFENDANT

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
     summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction            } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes    } If "Yes"
been filed?  ☐ No      } give date
                          filed

DATE OF ▶        Month/Day/Year
ARREST          _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERED ▶   Month/Day/Year
TO U.S. CUSTODY      _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
  ☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
  ☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____        Before Judge: _____

**PENALTY SHEET**

COUNT TWO:     21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT FIVE:     21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Distribution and Possession With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT TEN:     18 U.S.C. § 924(c) – Carrying a Firearm During and In Relation To, or Possessing a Firearm In Furtherance of a Drug Trafficking Crime

Minimum 5 years in prison, consecutive

COUNTS SIXTEEN and SEVENTEEN:     21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution and Possession With Intent to Distribute Cocaine

Maximum 20 years in prison
3 years to life supervised release following incarceration
Maximum $1,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNTS EIGHTEEN and NINETEEN:      21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution
and Possession With Intent to Distribute Heroin

Maximum 20 years in prison
3 years to life supervised release following incarceration
Maximum $1,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

|  | Name of District Court, and/or Judge/Magistrate Location |
| --- | --- |
| ☐ SUPERSEDING | NORTHERN DISTRICT OF CALIFORNIA |
|  | OAKLAND DIVISION |

FILED

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### — OFFENSE CHARGED —

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 2: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(A)
Count 5: 21 U.S.C. sections 841(a)(1) and (b)(1)(A)
Count 10: 18 U.S.C. section 924(c)
Counts 16-19: 21 U.S.C. sections 841(a)(1) and (b)(1)(C)

☐ Petty
☐ Minor
☐ Misde-
      meanor
☒ Felony

PENALTY:   See attached

➕

### — DEFENDANT - U.S

▶ Christian Victor Vanleer, a/k/a "Buggy," a/k/a "Buggy B"

DISTRICT COURT NUMBER

**CR16-00382** HSG

### — PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

}  SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

}  MAGISTRATE
CASE NO.

4-16-71053 MAG

Name and Office of Person
Furnishing Information on this form       Brian J. Stretch

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       Frank Riebli

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
                    } ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No      give date
                        filed

DATE OF          Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### — ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

_____

Date/Time: _____       Before Judge: _____

Comments:

## PENALTY SHEET

COUNT ONE:       21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT TWO:       21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT FIVE:       21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Distribution and Possession With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT TEN:       18 U.S.C. § 924(c) – Carrying a Firearm During and In Relation To, or Possessing a Firearm In Furtherance of a Drug Trafficking Crime

Minimum 5 years in prison, consecutive

COUNTS SIXTEEN and SEVENTEEN:     21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution and Possession With Intent to Distribute Cocaine

        Maximum 20 years in prison
        3 years to life supervised release following incarceration
        Maximum $1,000,000 fine
        $100 special assessment
        Forfeiture
        Denial of federal benefits

COUNTS EIGHTEEN and NINETEEN:     21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution and Possession With Intent to Distribute Heroin

        Maximum 20 years in prison
        3 years to life supervised release following incarceration
        Maximum $1,000,000 fine
        $100 special assessment
        Forfeiture
        Denial of federal benefits

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---

**OFFENSE CHARGED**

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 2: 21 U.S.C. sections 846, 841(a)(1), (b)(1)(A), (b)(1)(B)
Count 11: 18 U.S.C. section 924(c)
Counts 18-19: 21 U.S.C. sections 841(a)(1) and (b)(1)(C)
Counts 20-21: 21 U.S.C. sections 841(a)(1) and (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

~~SEALED BY COURT ORDER~~

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*FILED*

*SEP - 8 2016*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

**DEFENDANT - U.S**

▶ Daniel Medina-Garay

DISTRICT COURT NUMBER

CR16-00382   **HSG**

---

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
4-16-71050 MAG

Name and Office of Person
Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Frank Riebli

---

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET

COUNT ONE:      21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT TWO:      21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

Minimum 10 years prison
Maximum lifetime imprisonment
Minimum 5 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $10,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT ELEVEN:    18 U.S.C. § 924(c) – Carrying a Firearm During and In Relation To, or Possessing a Firearm In Furtherance of a Drug Trafficking Crime

Minimum 5 years in prison, consecutive

COUNTS EIGHTEEN through NINETEEN:    21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution and Possession With Intent to Distribute Heroin

Maximum 20 years in prison
3 years to life supervised release following incarceration
Maximum $1,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNTS TWENTY through TWENTY-ONE:      21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) –
Attempt to Distribute and Possess With Intent to Distribute 100 Grams or
More of Heroin

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

FILED

─── OFFENSE CHARGED ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

~~SEALED COUNT 1F~~

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:  Minimum 5 years, to a maximum of 40 years in prison
4 years of supervised release following incarceration
$5,000,000 fine
$100 special assessment
Criminal forfeiture; denial of federal benefits

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───

▶ Louis Ramirez, a/k/a "Louie"

DISTRICT COURT NUMBER

CR16-00382 **HSG**

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.
}

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.
}

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

4-16-71057 MAG

Name and Office of Person
Furnishing Information on this form           Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          Frank Riebli

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
      ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No      give date
                         filed

DATE OF                Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                 Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

~~SEALED BY COURT ORDER~~

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Minimum 5 years up to 40 years in prison
4 years to life of supervised release following incarceration
$5,000,000 file
$100 special assessment
Criminal forfeiture; denial of federal benefits

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-16-71052 MAG

Name and Office of Person Furnishing Information on this form      Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)      Frank Riebli

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP – 8 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── **DEFENDANT - U.S** ───

▶ Jorge Gomez

DISTRICT COURT NUMBER

CR16-00382   **HSG**

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes" give date filed
been filed?   ☐ No

**DATE OF ARREST**   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____      Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---

### OFFENSE CHARGED

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

~~SEALED~~
~~BY COURT ORDER~~

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years, to a maximum of 40 years in prison
4 years of supervised release following incarceration
$5,000,000 fine
$100 special assessment
Criminal forfeiture; denial of federal benefits

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*FILED*

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### DEFENDANT - U.S

▶ Alfredo Guadalupe Ortiz, a/k/a "Pep"

DISTRICT COURT NUMBER

CR16-00382 **HSG**

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-16-71059 MAG

Name and Office of Person
Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Frank Riebli

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No   give date filed

DATE OF
ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                     Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

#### ── OFFENSE CHARGED ──

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years, to a maximum of 40 years in prison
4 years to life of supervised release following incarceration
$5,000,000 fine
$100 special assessment
Criminal forfeiture; denial of federal benefits

#### ── PROCEEDING ──

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    Brian J. Stretch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Frank Riebli

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION   SEP - 8 2016

#### ── DEFENDANT - U.S ──

▶ Adan Gonzalez, a/k/a "Spook"

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER
CR16-00382   **HSG**

#### ── DEFENDANT ──

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No     give date
filed

DATE OF
ARREST        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

#### ── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---
### OFFENSE CHARGED

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 7: 18 U.S.C. section 922(g)
Count 14: 18 U.S.C. section 924(c)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

---
Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

### DEFENDANT - U.S

▶ Ignacio Gonzalez, a/k/a "Pelon"

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR16-00382   **HSG**

---
### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.
4-16-71056 MAG

Name and Office of Person Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Frank Riebli

---
### DEFENDANT

#### IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
    Northern District of California

#### IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
      ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?   ☐ Yes
    ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---
### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET

COUNT ONE:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT SEVEN:    18 U.S.C. § 922(g) – Felon in Possession of a Firearm

Maximum 10 years in prison
Maximum 3 years supervised release following incarceration
Maximum $250,000 fine
$100 special assessment

COUNT FOURTEEN:    18 U.S.C. 924(c) – Carrying a Firearm During and In Relation To, or Possessing a Firearm In Furtherance of a Drug Trafficking Crime

Minimum 5 years in prison, consecutive

AO 257 (Rev. 6/78)

*Amended*

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---

**OFFENSE CHARGED**

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 3: 18 U.S.C. section 922(o)
Count 4: 26 U.S.C. section 5861(d)
Count 22: 18 U.S.C. section 924(c)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION   *FILED*

**DEFENDANT - U.S**

▶ Adam Mustafa Abdelwahhab

SEP 12 2016
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR-16-00382 HSG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
}

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}
4-16-71048 MAG

Name and Office of Person
Furnishing Information on this form      Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Frank Riebli

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
    summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes      If "Yes"
been filed?              give date
            ☐ No        filed

DATE OF          Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      Month/Day/Year
TO U.S. CUSTODY  ▶

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                 Before Judge:

Comments:

## PENALTY SHEET

COUNT ONE:     21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT THREE:     18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun

Maximum 10 years in prison
Maximum 3 years of supervised release
$250,000 fine
$100 special assessment

COUNT FOUR:     26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm

Maximum 10 years in prison
Maximum 3 years of supervised release
$10,000 fine
$100 special assessment

COUNT TWENTY-TWO:     18 U.S.C. § 924(c) – Carrying a Firearm During and In Relation To, or Possessing a Firearm In Furtherance of a Drug Trafficking Crime

Minimum 5 years in prison, consecutive

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

—— OFFENSE CHARGED ——

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 3: 18 U.S.C. section 922(o)
Count 4: 26 U.S.C. section 5861(d)
Count 22: 18 U.S.C. section 924(c)

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   See attached.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

SEP – 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

—— DEFENDANT - U.S ——

▶ Adam Mustafa Abdelwahhab

DISTRICT COURT NUMBER

CR16-00382  HSG

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court,
  give name of court

☐ this person/proceeding is transferred from another district
  per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on motion
  of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
}   SHOW
    DOCKET NO.

☐ this prosecution relates to a
  pending case involving this same
  defendant
☒ prior proceedings or appearance(s)
  before U.S. Magistrate regarding this
  defendant were recorded under
}   MAGISTRATE
    CASE NO.
    4-16-71048 MAG

Name and Office of Person
Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Frank Riebli

—— DEFENDANT ——

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

   Northern District of California

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
}   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   } If "Yes"
been filed?    ☐ No       give date
                          filed

DATE OF   ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance      *Where defendant previously apprehended on complaint, no new summons or
                                           warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

                                           Date/Time:              Before Judge:

Comments:

## PENALTY SHEET

COUNT ONE:      21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

                                Minimum 5 years prison
                                Maximum 40 years
                                Minimum 4 years supervised release following incarceration
                                Maximum lifetime supervised release
                                Maximum $5,000,000 fine
                                $100 special assessment
                                Forfeiture
                                Denial of federal benefits

COUNT THREE:    18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun

                                Maximum 10 years in prison
                                Maximum 3 years of supervised release
                                $250,000 fine
                                $100 special assessment

COUNT FOUR:     26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm

                                Maximum 10 years in prison
                                Maximum 3 years of supervised release
                                $10,000 fine
                                $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

SEALED
BY COURT ORDER

PENALTY: Minimum 5 years, to a maximum of 40 years in prison
4 years to life of supervised release following incarceration
$5,000,000 fine
$100 special assessment
Criminal forfeiture; denial of federal benefits

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION   FILED

─ **DEFENDANT - U.S**   SEP - 8 2016

➤ Sean Constantine Chin, a/k/a "Miami"   SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKL

DISTRICT COURT NUMBER

CR16-00382   HSG

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
4-16-71047 MAG

Name and Office of Person
Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Frank Riebli

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ➤

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed?   ☐ No
} If "Yes" give date filed

**DATE OF ARREST** ➤   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ➤   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                   Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

── OFFENSE CHARGED ──

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: Minimum 5 years, to a maximum of 40 years in prison
4 years to life of supervised release following incarceration
$5,000,000 fine
$100 special assessment
Criminal forfeiture; denial of federal benefits

── PROCEEDING ──

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Frank Riebli

── Name of District Court, and/or Judge/Magistrate Location ──

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

── DEFENDANT - U.S ──

▶ Jacinto Gonzalez-Lopez

SEP - 8 2016

DISTRICT COURT NUMBER

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAK

CR16 - 00382 HSG

── DEFENDANT ──

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer
been filed?   ☐ Yes   ☐ No
} If "Yes"
give date
filed

DATE OF
ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                       Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 2: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(A)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

~~SEALED BY COURT ORDER~~

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*FILED*
*SEP ... 2016*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

─── DEFENDANT - U.S ───

▶ Julian Reayoung

DISTRICT COURT NUMBER

CR16-00382   **HSG**

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

4-16-71051 MAG

Name and Office of Person
Furnishing Information on this form       Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       Frank Riebli

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction            ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date filed

DATE OF ▶    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
   ☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:
   If Summons, complete following:
   ☐ Arraignment   ☐ Initial Appearance
   Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

**PENALTY SHEET**

COUNT ONE:     21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

                            Minimum 5 years prison
                            Maximum 40 years
                            Minimum 4 years supervised release following incarceration
                            Maximum lifetime supervised release
                            Maximum $5,000,000 fine
                            $100 special assessment
                            Forfeiture
                            Denial of federal benefits

COUNT TWO:     21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine

                            Minimum 10 years prison
                            Maximum lifetime imprisonment
                            Minimum 5 years supervised release following incarceration
                            Maximum lifetime supervised release
                            Maximum $10,000,000 fine
                            $100 special assessment
                            Forfeiture
                            Denial of federal benefits

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

~~SEALED~~
~~BY COURT ORDER~~

PENALTY:  Minimum 5 years to 40 years in prison
4 years to life supervised release
$5,000,000 fine
$100 special assessment
Forfeiture; denial of federal benefits

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─ **DEFENDANT - U.S** ─

▶ Brandon Lingo

DISTRICT COURT NUMBER

CR16-00382 **HSG**

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
4-16-71165 MAG

Name and Office of Person
Furnishing Information on this form          Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          Frank Riebli

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes     If "Yes"
been filed?  ☐ No      give date filed _____

DATE OF
ARREST          Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY _____

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

—————— OFFENSE CHARGED ——————

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)

~~SEALED BY COURT ORDER~~

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Minimum 5 years, to a maximum of 40 years in prison
4 years to life of supervised release following incarceration
$5,000,000 fine
$100 special assessment
Criminal forfeiture; denial of federal benefits

—————— PROCEEDING ——————

Name of Complaintant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-16-71045 MAG

Name and Office of Person
Furnishing Information on this form     Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Frank Riebli

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*FILED*

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

—— DEFENDANT - U.S ——

▶ James Hinkle, a/k/a "Big Jim"

DISTRICT COURT NUMBER

CR16-00382   **HSG**

—————— DEFENDANT ——————

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Eastern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction     ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer   ☐ Yes     If "Yes"
been filed?   ☐ No      give date
filed   _____

DATE OF ▶     Month/Day/Year
ARREST   _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶     Month/Day/Year
TO U.S. CUSTODY   _____

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

_____

Date/Time: _____     Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 12: 18 U.S.C. sections 924(c)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── **DEFENDANT - U.S** ───

▶ Christopher Mir

DISTRICT COURT NUMBER

CR16-00382   **HSG**

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

4-16-71096 MAG

Name and Office of Person
Furnishing Information on this form       Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       Frank Riebli

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
     summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

  Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
}   ☐ Federal   ☐ State

  If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**PENALTY SHEET**

COUNT ONE:         21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

                               Minimum 5 years prison
                               Maximum 40 years
                               Minimum 4 years supervised release following incarceration
                               Maximum lifetime supervised release
                               Maximum $5,000,000 fine
                               $100 special assessment
                               Forfeiture
                               Denial of federal benefits

COUNT TWELVE:   18 U.S.C. § 924(c) – Carrying a Firearm During and In Relation To, or Possessing a Firearm In Furtherance of a Drug Trafficking Crime

                               Minimum 5 years in prison, consecutive

ΓΟ 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*FILED*

*SEP - 8 2016*

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

☐ SUPERSEDING

### OFFENSE CHARGED

Count 1: 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
Count 8: 18 U.S.C. section 922(g)
Count 15: 18 U.S.C. section 924(c)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attached

### DEFENDANT - U.S

▶ Phillip Richard Jiunti, a/k/a "Filthy Phil"

DISTRICT COURT NUMBER

CR16-00382 **HSG**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.
4-16-71097 MAG

Name and Office of Person Furnishing Information on this form     Brian J. Stretch

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Frank Riebli

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed?  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

**PENALTY SHEET**

COUNT ONE:      21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants

Minimum 5 years prison
Maximum 40 years
Minimum 4 years supervised release following incarceration
Maximum lifetime supervised release
Maximum $5,000,000 fine
$100 special assessment
Forfeiture
Denial of federal benefits

COUNT TWO:      18 U.S.C. § 922(g) – Felon in Possession of a Firearm

Maximum 10 years in prison
Maximum 3 years supervised release following incarceration
Maximum $250,000 fine
$100 special assessment

COUNT FIFTEEN:  18 U.S.C. § 924(c) – Carrying a Firearm During and In Relation To, or Possessing a Firearm In Furtherance of a Drug Trafficking Crime

Minimum 5 years in prison, consecutive

# UNITED STATES DISTRICT COURT

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND



CR16 00382 **HSG**

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR VLADIMIR ESCALANTE,
a/k/a "Cuddy," a/k/a "Hoggy,"
MELINA ESCALANTE,
CLAUDIA MUNOZ,
OSWALDO ANTHONY ESCALANTE,
a/k/a "Ant,"
JOEL SALCEDO,
DAVID VIGIL,
a/k/a "Chep,"
MICHAEL VICOCHEA
CHRISTIAN VANLEER,
a/k/a "Buggy" a/k/a "Buggy B,"
DANIEL MEDINA,
LOUIS RAMIREZ,
a/k/a "Louie,"
JORGE GOMEZ,
ALFREDO ORTIZ,
a/k/a "Pep,"
ADAN GONZALEZ,
a/k/a "Spook,"
IGNACIO GONZALEZ,
a/k/a "Pelon,"
ADAM ABDELWAHHAB,
SEAN CHIN,
a/k/a "Miami,"
JACINTO GONZALEZ LOPEZ,
a/k/a "Encito,"
JULIAN MARC REAYOUNG,
BRANDON LINGO,
JAMES HINKLE,
a/k/a "Big Jim,"



FILED

SEP – 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CHRISTOPHER MIR, and
PHILLIP RICHARD JIUNTI,



DEFENDANT(S).

INDICTMENT  CR16-00382 **HSG**

21 U.S.C. § 846 – Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute 100 or More Marijuana Plants; 21 U.S.C. § 846 – Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute 100 Grams or More of Heroin, 50 Grams or More of Methamphetamine, and Cocaine; 21 U.S.C. § 841(a)(1) – Manufacture, Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute 50 Grams or More of Methamphetamine;  21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Cocaine; 18 U.S.C. § 922(o) – Possession of a Machine Gun; 18 U.S.C. § 924(c) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 26 U.S.C. § 5861 – Receipt or Possession of an Unregistered Firearm; 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 853 – Forfeiture

A true bill.

_____
Foreman

Filed in open court this ___8th___ day of _September_ _2016_.

_Frances Stone_
_____
Clerk

Bail, $_____

_____

No Bail warrants
for Adam Gonzalez
and Jacinto Gonzalez Lopez

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

3

4

5

6

7

8

9

10

11

12

FILED

SEP - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

13  UNITED STATES OF AMERICA,

14       Plaintiff,

15       v.

16  OSCAR VLADIMIR ESCALANTE,
        a/k/a "Cuddy," a/k/a "Hoggy,"
17  MELINA ESCALANTE,
    CLAUDIA MUNOZ,
18  OSWALDO ANTHONY ESCALANTE,
        a/k/a "Ant,"
19  JOEL SALCEDO,
    DAVID VIGIL,
20      a/k/a "Chep,"
    MICHAEL VICOCHEA
21  CHRISTIAN VANLEER,
        a/k/a "Buggy" a/k/a "Buggy B,"
22  DANIEL MEDINA,
    LOUIS RAMIREZ,
23      a/k/a "Louie,"
    JORGE GOMEZ,
24  ALFREDO ORTIZ,
        a/k/a "Pep,"
25  ADAN GONZALEZ,
        a/k/a "Spook,"
26  IGNACIO GONZALEZ,
        a/k/a "Pelon,"
27  ADAM ABDELWAHHAB,
    SEAN CHIN,
28      a/k/a "Miami,"
    JACINTO GONZALEZ LOPEZ,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

 No. CR 16-00382 HSG

VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to
Manufacture, Distribute and Possess with Intent to
Distribute 100 or More Marijuana Plants; 21 U.S.C.
§ 846 – Conspiracy to Manufacture, Distribute and
Possess with Intent to Distribute 100 Grams or More
of Heroin, 50 Grams or More of Methamphetamine,
and Cocaine; 21 U.S.C. § 841(a)(1) – Manufacture,
Distribution and Possession with Intent to Distribute
Marijuana; 21 U.S.C. § 841(a)(1) – Distribution and
Possession with Intent to Distribute 50 Grams or
More of Methamphetamine; 21 U.S.C. § 841(a)(1) –
Distribution and Possession with Intent to Distribute
Heroin; 21 U.S.C. § 841(a)(1) –Distribution and
Possession with Intent to Distribute Cocaine; 18
U.S.C. § 922(o) – Possession of a Machine Gun; 18
U.S.C. § 924(c) – Possession of a Firearm in
Furtherance of a Drug Trafficking Crime; 26 U.S.C.
§ 5861 – Receipt or Possession of an Unregistered
Firearm; 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 853 –
Forfeiture

OAKLAND VENUE

1

1     a/k/a "Encito,"  )
   JULIAN MARC REAYOUNG,  )
2     BRANDON LINGO,  )
   JAMES HINKLE,  )
3       a/k/a "Big Jim,"  )
   CHRISTOPHER MIR,  )
4     PHILLIP RICHARD JIUNTI,  )
      )

5       Defendants.

6

7                I N D I C T M E N T

8  The Grand Jury charges:

9  <u>COUNT ONE</u>:     (21 U.S.C. § 846 – Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute 100 or More Marijuana Plants)

10

11       Beginning on a date unknown to the Grand Jury, but no later than September 29, 2015, and

12  continuing through at least August 24, 2016, both dates being approximate and inclusive, in the

13  Northern District of California, the defendants

14               OSCAR VLADIMIR ESCALANTE,
              a/k/a "Cuddy," a/k/a "Hoggy,"

15                MELINA ESCALANTE,
               CLAUDIA MUNOZ,

16           OSWALDO ANTHONY ESCALANTE,
                 a/k/a "Ant"

17                 DAVID VIGIL,
                 a/k/a "Chep"

18                 JOEL SALCEDO,
              MICHAEL VICOCHEA,

19                DANIEL MEDINA,
               LOUIS RAMIREZ,

20                 a/k/a "Louie"
               JORGE GOMEZ,

21                ALFREDO ORTIZ,
                a/k/a "Pep"

22                ADAN GONZALEZ,
               a/k/a "Spook,"

23              IGNACIO GONZALEZ,
               a/k/a "Pelon"

24             ADAM ABDELWAHHAB,
                SEAN CHIN,

25                a/k/a "Miami"
        JACINTO GONZALEZ LOPEZ,

26                a/k/a "Encito"
         JULIAN MARC REAYOUNG,

27               BRANDON LINGO,
               JAMES HINKLE,

28                a/k/a "Big Jim"
            CHRISTOPHER MIR,

1           PHILLIP RICHARD JIUNTI,

2   and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to

3   manufacture, distribute and possess with intent to distribute a Schedule I controlled substance, to wit,

4   100 or more marijuana plants and 100 kilograms or more of a mixture and substance containing a

5   detectable amount of marijuana, in violation of Title 21, United States Code, Sections 846 and 841(a)(1)

6   and 841(b)(1)(B).

7

8   COUNT TWO:          (21 U.S.C. § 846 – Conspiracy to Manufacture, Distribute and Possess With
                        Intent to Distribute 50 Grams or More of Methamphetamine, 100 Grams or More
9                       of Heroin, and Cocaine)

10          Beginning on a date unknown to the Grand Jury, but no later than December 2, 2015, and

11   continuing through at least August 24, 2016, both dates being approximate and inclusive, in the

12   Northern District of California, the defendants

13                       OSCAR VLADIMIR ESCALANTE,
                            a/k/a "Cuddy," a/k/a "Hoggy"
14                              JOEL SALCEDO
                                DAVID VIGIL,
15                                a/k/a "Chep"
                              MICHAEL VICOCHEA
16                          CHRISTIAN VANLEER,
                            a/k/a "Buggy" a/k/a "Buggy B"
17                              DANIEL MEDINA
                            JULIAN MARC REAYOUNG
18

19   and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute

20   and possess with intent to distribute a Schedule II controlled substance, to wit, 50 grams or more of

21   methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code

22   sections 846, 841(a)(1) and 841(b)(1)(A); and did knowingly and intentionally conspire to distribute and

23   possess with intent to distribute a Schedule I controlled substance, to wit, 100 grams or more of a

24   mixture and substance containing a detectable amount of heroin, in violation of Title 21 United States

25   Code Sections 846, 841(a)(1) and 841(b)(1)(B); and did knowingly and intentionally conspire to

26   distribute and possess with intent to distribute a Schedule II controlled substance, to wit, a mixture and

27   substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of

28   its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

COUNT THREE:       (18 U.S.C. § 922(o) – Possession and Transfer of a Machine Gun)

On or about May 14, 2016, in the Northern District of California, the defendants

OSCAR VLADIMIR ESCALANTE,
a/k/a "Cuddy," a/k/a "Hoggy,"
MICHAEL VICOCHEA,
JOEL SALCEDO and
ADAM MUSTAFA ABDELWAHHAB

did knowingly possess and transfer a machinegun, to wit: a Glock 19C 9mm pistol, serial number

FUN536, in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

COUNT FOUR:       (26 U.S.C. § 5861(d) – Possession of an Unregistered Short-Barrel Rifle)

On or about May 20, 2016, in the Northern District of California, the defendant

ADAM MUSTAFA ABDELWAHHAB

did knowingly possess a short-barrel rifle, to wit: an AR-15 style rifle without a make or serial number,

with a barrel less than 16 inches in length, that was not registered to him in the National Firearms

Registration and Transfer Record, in violation of Title 26 United States Code, Section 5861(d).

COUNT FIVE:       (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute 50
Grams or More of Methamphetamine)

On or about August 24, 2016, in the Northern District of California, the defendants

OSCAR VLADIMIR ESCALANTE,
a/k/a "Cuddy," a/k/a "Hoggy,"
MICHAEL VICOCHEA, and
CHRISTIAN VANLEER,
a/k/a "Buggy," a/k/a "Buggy B"

did knowingly manufacture, distribute and possess with the intent to distribute a Schedule II controlled

substance, to wit:  50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, in

violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT SIX:       (21 U.S.C. § 841(a)(1) – Manufacture, Distribution and Possession with Intent to
Distribute 100 or More Marijuana Plants)

On or about August 24, 2016, in the Northern District of California, the defendant

OSCAR VLADIMIR ESCALANTE,

4

1                                                a/k/a "Cuddy," a/k/a "Hoggy,"

2     did knowingly manufacture, distribute and possess with the intent to distribute a Schedule I controlled

3     substance, to wit:  100 or more marijuana plants, in violation of Title 21 United States Code, Sections

4     841(a)(1) and (b)(1)(B).

5

6     <u>COUNT SEVEN</u>:        (18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Convicted Felon)

7              On or about August 24, 2016, in the Northern District of California, the defendant

8                                IGNACIO GONZALEZ,
                                  a/k/a "Pelon,"

9

10    having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

11    knowingly possess a firearm, to wit: a 9mm FN pistol, serial number 61BMN06072, in and affecting

12    interstate commerce, in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

13

14    <u>COUNT EIGHT</u>:        (18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Convicted Felon)

15             On or about August 24, 2016, in the Northern District of California, the defendant

16                            PHILLIP RICHARD JIUNTI,
                           a/k/a "Filthy Phil,"

17

18    having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

19    knowingly possess a firearm, to wit: a 9mm Smith & Wesson pistol, serial number FWF2511, in and

20    affecting interstate commerce, in violation of Title 18 United States Code, Sections 922(g)(1) and

21    924(a)(2).

22

23    <u>COUNT NINE</u>:        (18 U.S.C. § 924(c) – Carrying a Firearm During and in Relation to and
                          Possession in Furtherance of a Drug Trafficking Crime)

24

25             On or about August 24, 2016, in the Northern District of California, the defendant

26                        OSCAR VLADIMIR ESCALANTE,
                      a/k/a "Cuddy," a/k/a "Hoggy,"

27

28    did knowingly carry a firearm, to wit, a FN Herstal Belgium 5.7 x 28 pistol, serial number 386285261,

1  and a .357 caliber Glock 33, serial number WLM291, during and in relation to a drug trafficking crime,

2  and did possess that firearm in furtherance of a drug trafficking crime, in violation of Title 18 United

3  States Code, Section 924(c)(1).

4

5  COUNT TEN:          (18 U.S.C. § 924(c) – Carrying a Firearm During and in Relation to and
                        Possession in Furtherance of a Drug Trafficking Crime)
6

7          On or about August 24, 2016, in the Northern District of California, the defendant

8                                CHRISTIAN VANLEER,
                                a/k/a "Buggy," a/k/a "Buggy B,"
9

10  did knowingly carry a firearm, to wit, a .40 caliber Glock 23 pistol, serial number RDN667, during and

11  in relation to a drug trafficking crime, and did possess that firearm in furtherance of a drug trafficking

12  crime, in violation of Title 18 United States Code, Section 924(c)(1).

13

14  COUNT ELEVEN:       (18 U.S.C. § 924(c) – Carrying a Firearm During and in Relation to and
                        Possession in Furtherance of a Drug Trafficking Crime)
15

16          On or about August 24, 2016, in the Northern District of California, the defendant

17                                 DANIEL MEDINA,

18  did knowingly carry a firearm, to wit, a .40 caliber Glock 27 pistol, serial number MFF483, during and

19  in relation to a drug trafficking crime, and did possess that firearm in furtherance of a drug trafficking

20  crime, in violation of Title 18 United States Code, Section 924(c)(1).

21

22  COUNT TWELVE:       (18 U.S.C. § 924(c) – Carrying a Firearm During and in Relation to and
                        Possession in Furtherance of a Drug Trafficking Crime)
23

24          On or about August 24, 2016, in the Northern District of California, the defendant

25                               CHRISTOPHER MIR,

26  did knowingly carry a firearm, to wit, a Mossberg M88 12-gauge pump-action shotgun and six rounds of

27  12-gauge ammunition, during and in relation to a drug trafficking crime, and did possess that firearm in

28  furtherance of a drug trafficking crime, in violation of Title 18 United States Code, Section 924(c)(1).

1  COUNT THIRTEEN: (18 U.S.C. § 924(c) – Carrying a Firearm During and in Relation to and
                    Possession in Furtherance of a Drug Trafficking Crime)

2

3       On or about August 24, 2016, the defendant

4                          MICHAEL VICOCHEA,
                       a/k/a "Mikey," a/k/a "Money Mike,"

5

6  did knowingly carry a firearm, to wit, a .45 caliber Sig Sauer P220 pistol, serial number 37B025748,

7  during and in relation to a drug trafficking crime in the Northern District of California, and did possess

8  that firearm in furtherance of a drug trafficking crime in the Northern District of California, in violation

9  of Title 18 United States Code, Section 924(c)(1).

10

11  COUNT FOURTEEN:          (18 U.S.C. § 924(c) – Carrying a Firearm During and in Relation to and
                            Possession in Furtherance of a Drug Trafficking Crime)

12

13      On or about August 24, 2016, in the Northern District of California, the defendant

14                          IGNACIO GONZALEZ,
                             a/k/a "Pelon,"

15

16  did knowingly carry a firearm, to wit, a 9mm FN pistol, serial number 61BMN06072, during and in

17  relation to a drug trafficking crime, and did possess that firearm in furtherance of a drug trafficking

18  crime, in violation of Title 18 United States Code, Section 924(c)(1).

19

20  COUNT FIFTEEN:      (18 U.S.C. § 924(c) – Carrying a Firearm During and in Relation to and
                        Possession in Furtherance of a Drug Trafficking Crime)

21

22      On or about August 24, 2016, in the Northern District of California, the defendant

23                        PHILLIP RICHARD JIUNTI,
                            a/k/a "Filthy Phil,"

24

25  did knowingly carry a firearm, to wit, a 9mm Smith & Wesson pistol, serial number FWF2511, during

26  and in relation to a drug trafficking crime, and did possess that firearm in furtherance of a drug

27  trafficking crime, in violation of Title 18 United States Code, Section 924(c)(1).

28  ///

7

1   COUNT SIXTEEN:   (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute
                      Cocaine)

2

3           On or about December 31, 2015, in the Northern District of California, the defendant

                              CHRISTIAN VANLEER,
4                           a/k/a "Buggy," a/k/a "Buggy B,"

5   did knowingly distribute and possess with the intent to distribute a Schedule II controlled substance, to

6   wit, cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21 United

7   States Code, Sections 841(a)(1) and (b)(1)(C).

8

9   COUNT SEVENTEEN:      (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
                          Distribute Cocaine)
10

11          On or about January 21, 2016, in the Northern District of California, the defendant

                              CHRISTIAN VANLEER,
12                          a/k/a "Buggy," a/k/a "Buggy B,"

13  did knowingly distribute and possess with the intent to distribute a Schedule II controlled substance, to

14  wit, cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21 United

15  States Code, Sections 841(a)(1) and (b)(1)(C).

16

17  COUNT EIGHTEEN: (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute
                     Heroin)
18

19          On or about February 16, 2016, in the Northern District of California, the defendants

                              CHRISTIAN VANLEER,
20                         a/k/a "Buggy," a/k/a "Buggy B," and
                              DANIEL MEDINA
21

22  did knowingly distribute and possess with the intent to distribute a Schedule I controlled substance, to

23  wit, a mixture and substance containing a detectable amount of heroin, in violation of Title 21 United

24  States Code, Sections 841(a)(1) and (b)(1)(C).

25

26  COUNT NINETEEN: (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute
                     Heroin)
27

28          On or about March 11, 2016, in the Northern District of California, the defendants

                              CHRISTIAN VANLEER,

8

1   a/k/a "Buggy," a/k/a "Buggy B," and
2   DANIEL MEDINA

3   did knowingly distribute and possess with the intent to distribute a Schedule I controlled substance, to

4   wit, a mixture and substance containing a detectable amount of heroin, in violation of Title 21 United

5   States Code, Sections 841(a)(1) and (b)(1)(C).

6

7   COUNT TWENTY:   (21 U.S.C. § 846 – Attempt to Distribute and Possess with Intent to Distribute
        Heroin)
8
        On or about April 7, 2016, in the Northern District of California, the defendant
9
10                          DANIEL MEDINA

11  did knowingly attempt to distribute and possess with the intent to distribute a Schedule I controlled

12  substance, to wit, 100 grams and more of a mixture and substance containing a detectable amount of

13  heroin, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(B).

14

15  COUNT TWENTY-ONE:   (21 U.S.C. § 846 – Attempt to Distribute and Possess with Intent to
        Distribute Heroin)
16
17      On or about June 8, 2016, in the Northern District of California, the defendant
18                          DANIEL MEDINA

19  did knowingly attempt to distribute and possess with the intent to distribute a Schedule I controlled

20  substance, to wit, 100 grams and more of a mixture and substance containing a detectable amount of

21  heroin, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(B).

22

23  COUNT TWENTY-TWO:   (18 U.S.C. § 924(c) – Carrying a Firearm During and in Relation to and
        Possession in Furtherance of a Drug Trafficking Crime)
24
25      On or about May 20, 2016, in the Northern District of California, the defendant
26                      ADAM MUSTAFA ABDELWAHHAB,

27  did knowingly carry a firearm, to wit, a Glock 19C 9mm pistol, serial number FUN536, during and in

28  relation to a drug trafficking crime, and did possess that firearm in furtherance of a drug trafficking

9

1 | crime, in violation of Title 18 United States Code, Section 924(c)(1).

2

3 | FORFEITURE ALLEGATION:          (18 U.S.C. § 924(d)(1) and 21 U.S.C. § 853(a) – Criminal
4 |                                                          Forfeiture)

5 |     1.     The factual allegations contained in Counts One through Twenty-One of this Indictment

6 | are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging

7 | forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 853(a).

8 |     2.     Upon a conviction for the offenses alleged in Counts One through Twenty-Four, the

9 | defendants,

OSCAR VLADIMIR ESCALANTE,
a/k/a "Cuddy," a/k/a "Hoggy"
MELINA ESCALANTE,
CLAUDIA MUNOZ,
OSWALDO ANTHONY ESCALANTE,
a/k/a "Ant"
JOEL SALCEDO
DAVID VIGIL,
a/k/a "Chep"
MICHAEL VICOCHEA
CHRISTIAN VANLEER,
a/k/a "Buggy" a/k/a "Buggy B"
DANIEL MEDINA
LOUIS RAMIREZ,
a/k/a "Louie"
JORGE GOMEZ
ALFREDO ORTIZ,
a/k/a "Pep"
ADAN GONZALEZ,
a/k/a "Spook,"
IGNACIO GONZALEZ,
a/k/a "Pelon"
ADAM ABDELWAHHAB
SEAN CHIN,
a/k/a "Miami"
JACINTO GONZALEZ LOPEZ,
a/k/a "Encito"
JULIAN MARC REAYOUNG
BRANDON LINGO
JAMES HINKLE,
a/k/a "Big Jim"
CHRISTOPHER MIR,
PHILLIP RICHARD JIUNTI,

27 | shall forfeit to the United States all right, title and interest in any property constituting and derived from

28 | any proceeds defendant obtained, directly or indirectly, as a result of said violation, and any property

1   used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said

2   violation, including but not limited to the following:

3         a.     A sum of money equal to the total value of the proceeds and property used, or intended to be used, to commit or to facilitate the commission of said offenses;

4

5         b.     $82,800 in United States currency seized on or about August 24, 2016 from 5643 Arcadia Circle in Discovery Bay, California;

6         c.     $8,000 in United States currency seized on or about August 24, 2016 from 5643 Arcadia Circle in Discovery Bay, California;

7

8         d.     A FN Herstal Belgium 5.7 x 28 pistol, serial number 386285261, and 10 rounds of 5.7 x 28 ammunition, seized on or about August 24, 2016 from 5643 Arcadia Circle in Discovery Bay, California;

9

10        e.     A .357 caliber Glock 33 pistol, serial number WLM291, and 9 rounds of ammunition, seized on or about August 24, 2016 from 5643 Arcadia Circle in Discovery Bay, California;

11

12        f.     A .40 caliber Glock 23 pistol, serial number RDN667, seized on or about August 24, 2016 from the trunk of a car departing 680 14th Street in Oakland, CA;

13        g.     A .40 caliber Glock 27 pistol, serial number MFF483, seized on or about August 24, 2016, from the residence at 91 Dorchester Ave. in San Leandro, CA;

14

15        h.     A Mossberg M88 12-gauge pump-action shotgun and 6 rounds of 12-gauge ammunition, seized on or about August 24, 2016, from the residence at 3572 Yacht Drive in Discovery Bay, CA;

16

17        i.     A 9mm FN pistol, serial number 61BMN06072, and 10 rounds of 9mm ammunition, seized from 406 H Street in Antioch, CA on or about August 24, 2016;

18

19        j.     A 9mm Smith & Wesson pistol, serial number FWF2511, and 10 rounds of 9mm ammunition, seized from 406 H Street in Antioch, CA on or about August 24, 2016;

20

21        k.     A 45 caliber Sig Sauer P220 pistol, serial number 37B025748, seized on or about August 24, 2016, from 2830 Reyes Lane in Tracy, CA;

22        l.     A .40 caliber Glock 23 pistol, serial number NKD014, seized on or about August 24, 2016, from a car outside 1520 Joseph Menusa in Tracy, CA;

23

24        m.     One 9mm Glock 19C pistol, serial number FUN536 with a silencer and a 31-round magazine, seized on or about May 20, 2016 from a Chrysler 300 bearing CA 7NFF274 in Hayward, California;

25

26        n.     One AR-15 style rifle and one 30-round rifle magazine, seized on or about May 20, 2016 from a Chrysler 300 bearing CA 7NFF274 in Hayward, California;

27        o.     One .40 caliber Glock model 22 pistol, serial number BDT955, seized on or about May 20, 2016 from 25890 Bryn Mawr Ave. in Hayward, California;

28

      p.     One 9mm Beretta model 92 FS, serial number BER246192 and 2 magazines,

1    seized on or about May 20, 2016 from 25890 Bryn Mawr Ave. in Hayward,
     California;

2

3    q.    One MAC-10 seized on or about May 20, 2016 from 25890 Bryn Mawr Ave. in
           Hayward, California;

4    r.    One silver and black .44 caliber Charter Arms revolver, serial number 1116927,
           seized on or about May 20, 2016 from 25890 Bryn Mawr Ave. in Hayward,

5          California;

6    s.    440 rounds of American Eagle .223 caliber ammunition, seized on or about May
           20, 2016 from 25890 Bryn Mawr Ave. in Hayward, California;

7

8    t.    14 rounds of Smith & Wesson .40 caliber ammunition, seized on or about May
           20, 2016 from 25890 Bryn Mawr Ave. in Hayward, California;

9    u.    19 rounds of 9mm Luger ammunition, seized on or about May 20, 2016 from
           25890 Bryn Mawr Ave. in Hayward, California;

10

11   v.    One 30-round .40 caliber pistol magazine, seized on or about May 20, 2016 from
           25890 Bryn Mawr Ave. in Hayward, California;

12   w.    One 13-round pistol magazine seized on or about May 20, 2016 from 25890 Bryn
           Mawr Ave. in Hayward, California;

13

14   x.    A Glock 26, serial number XKU708, seized on or about December 2, 2015 in
           Lonoke, Arkansas;

15   y.    A black Smith & Wesson M&P 40 pistol, serial number HKF2607, seized on or
           about December 2, 2015 in Lonoke, Arkansas; and,

16

17   z.    One black 2006 Chrysler 300 automobile bearing California license plate
           7NFF274.

18   3.    If, as a result of any act or omission of the defendant, any of said property

19   a.    cannot be located upon the exercise of due diligence;

20   b.    has been transferred or sold to or deposited with, a third person;

21   c.    has been placed beyond the jurisdiction of the Court;

22   d.    has been substantially diminished in value; or

23   e.    has been commingled with other property which cannot be divided without

24         difficulty;

25   any and all interest defendant has in any other property (not to exceed the value of the above forfeitable

26   ///

27   ///

28   ///

12

1 property) shall be vested in the United States and forfeited to the United States.

2      All in violation of 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of

3 Criminal Procedure.

4

5 DATED:  September __8__, 2016         A TRUE BILL.

6

7                        FOREPERSON

8 BRIAN J. STRETCH
  United States Attorney
9

10

11 BARBARA J. VALLIERE
  Chief, Criminal Division

12

13 (Approved as to form: _____ )
        FRANK J. RIEBLI
14       Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28