LINDA FULLERTON, 83444
PAUL FEUERWERKER, 203616
54 Railroad Avenue
Point Richmond, CA 94801
510-232-4000 (P)
510-237-2898 (Fax)
Lindafullertonlaw@sbcglobal.net

Attorneys for Defendant
    CHRISTIAN VANLEER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Docket:  16 CR 00382 HSG (KAW) |
|                Plaintiff, | )  **REQUEST AND ~~(PROPOSED)~~ ORDER** |
|                            | )  **FOR PERMISSION TO EXTEND** |
| Vs. | )  **ALLOWABLE DISTANCE OF** |
|     | )  **MONITORING DEVICE FOR A** |
| CHRISTIAN VANLEER, | )  **TEMPORARY FAMILY GATHERING** |
|                Defendant. | ) |

_____

   Christian Vanleer is requesting permission of this court allowing him to go to the front porch and garage of his house, this Saturday, January 28, 2017, from 6:00 PM to midnight to celebrate his birthday with family members.

   Frank Riebli, the AUSA, has no objections to this request.

Dated: January 25, 2017                    _____/S/_____
                                           **LINDA FULLERTON**
                                           Attorney for Christian Vanleer

                                           **BRIAN STRETCH**
                                           United States Attorney

                                           _____/S/_____
                                           **FRANK RIEBLI**
                                           Asst. United States Attorney

REQUEST AND (PROPOSED) ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:___1/27/17_____

**HON KANDIS A. WESTMORE**
United States Magistrate Court Judge

REQUEST AND (PROPOSED) ORDER