FILED

FEB 28 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIAN VANLEER,<br><br>  Defendant. | Case No. 4:16-cr-00382-HSG-8 (DMR)<br><br>**ORDER RE: BAIL REVOKED, BOND EXONERATED AND DEFENDANT REMANDED TO CUSTODY** |

Defendant Christian VanLeer entered a guilty plea on November 19, 2018 but has retained on pretrial release. The court conducted a bail violation hearing on February 28, 2019 and finds that VanLeer violated conditions of his pretrial release and shall be detained pursuant to 18 U.S.C. section 1343. The court enters the following orders:

1. The Defendant's bail is REVOKED;

2. The Defendant's $100,000 unsecured bond filed on September 8, 2016 is EXONERATED;

3. The Defendant is REMANDED **forthwith** to the custody of the U.S. Marshal pending further proceedings before District Judge Haywood S. Gilliam, Jr. or until further order of this court.

**IT IS SO ORDERED.**

Dated: February 28, 2019

DONNA M. RYU
United States Magistrate Judge