UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. 16-cr-00382-HSG-8 |
|---|---|
| Plaintiff, | **ORDER REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |
| v. | |
| VANLEER, | Re: Dkt. No. 1387 |
| Defendant. | |

Defendant Christian Vanleer filed a motion for compassionate release on December 16, 2024.  *See* Dkt. No. 1387.  The Court **DIRECTS** the government to respond to Dkt. No. 1387, Defendant Vanleer's motion for compassionate release, by January 10, 2025.  Once the response is received, the motion will be deemed submitted by the Court.

**IT IS SO ORDERED.**

Dated:   12/17/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge